UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM MCGILL, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RALPH HAKE, DAVID F. MELCHER, JOHN J. HAMRE, PAUL J. KERN, HERMAN E. BULLS, PATRICK MOORE, MARK L. REUSS, ROBERT DAVID YOST, BILLIE I. WILLIAMSON, HARRIS CORPORATION, and HARRIS COMMUNICATION SOLUTIONS (INDIANA), INC.,<br><br>　　　　Defendants. | No. 1:15-cv-00217-TWP-DKL |

**ORDER CONSOLIDATING RELATED ACTIONS AND SETTING RESPONSE DATE FOR DEFENDANTS**

This matter came before the Court on Plaintiff William McGill's unopposed Motion to Consolidate Related Actions and Set Response Date for Defendants (the "Motion"); and the Court, having considered the Motion, now finds that the relief requested should be granted.

**IT IS ORDERED** as follows:

1. The cases captioned (i) *William McGill v. Ralph Hake, et al.*, Case No. 1:15-cv-00217-TWP-DKL (the "First Action") and (ii) *The George Leon Family Trust, et al. v. Exelis Inc., et al.*, Case No. 1:15-cv-00466-RLY-MJD (the "Second Action") are consolidated for all purposes including trial (the "Consolidated Action").

2. The clerk of the Court is hereby ordered to consolidate the First and Second Actions and administratively close the Second Action. All future filings in the Consolidated Action shall be made in the First Action only.

    3.       The complaint filed on March 20, 2015 in the Second Action shall be designated as the operative complaint for the Consolidated Action (the "Operative Complaint").

    4.       Defendants shall have up to 60 days from the date of this order to serve an answer or a motion under Fed. R. Civ. P. 12 in response to the Operative Complaint.

**SO ORDERED**

Dated: 4/20/2015

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana


Distribution list:

To all registered counsel by CM/ECF