# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM MCGILL, Individually and on Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RALPH HAKE, DAVID F. MELCHER, JOHN J. HAMRE, PAUL J. KERN, HERMAN E. BULLS, PATRICK MOORE, MARK L. REUSS, ROBERT DAVID YOST, BILLIE I. WILLIAMSON, HARRIS CORPORATION, and HARRIS COMMUNICATION SOLUTIONS (INDIANA), INC., )<br>)<br>Defendants. ) | No. 1:15-cv-00217-TWP-DKL |

## CO-LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

Co-lead plaintiffs William McGill and Jesse Mallinger (the "Co-Lead Plaintiffs"), hereby respectfully move this Court, pursuant to Fed. R. Civ. P. 23, for entry of the [Proposed] Scheduling Order and Order Preliminary Approving Proposed Settlement (the "Preliminary Order")[1] that will: (1) preliminarily approve the settlement (the "Settlement") set forth in the Stipulation of Settlement dated October 22, 2015 (the "Stipulation"); (2) preliminarily certify, for settlement purposes only, a non-opt-out class consisting of Co-Lead Plaintiffs and any and all record holders and beneficial owners of any shares of Exelis at any time between and including

---

[1] A copy of the Preliminary Order is attached as Exhibit B to the Stipulation and has also been filed as a separate attachment for the convenience of the Court.

September 17, 2014 and May 29, 2015[2]; (3) approve the form, manner, and content of the notice to be provided to the proposed Settlement Class and order the direct mailing of the Notice to Class members[3]; and (4) schedule a hearing (the "Settlement Hearing") at which the Court will consider final approval of the Settlement[4].

In support of this motion[5], Co-Lead Plaintiffs submit herewith a memorandum of law and the Declaration of William N. Riley in Support of Co-Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement, which contains the Stipulation with all attachments, and the Preliminary Order.

DATED: October 23, 2015

Respectfully submitted,

By: */s/ William N. Riley*
William N. Riley, Atty. No. 14941-49
James A. Piatt, Atty. No. 28320-49
**RILEY WILLIAMS & PIATT, LLC**
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN  46204
Telephone:     (317) 633-5270
Facsimile:      (317) 426-3348
Email: wriley@rwp-law.com
            jpiatt@rwp-law.com

*Attorneys for Plaintiffs William McGill and Jesse Mallinger and Liaison Counsel*

---

[2] Including their respective successors in interest, successors, predecessors in interest, predecessors, representatives, trustees, executors, administrators, heirs, assigns or transferees, immediate and remote, and any person or entity acting for or on behalf of, or claiming under, any of them, and each of them, but excluding Defendants, their subsidiaries or other affiliates, their assigns, members of their immediate families, officers of Exelis, and the legal representatives, heirs, successors, or assigns of any such excluded person (the "Settlement Class").

[3] A copy of the Notice is attached as Exhibit C to the Stipulation.

[4] The [Proposed] Order and Final Judgment is attached as Exhibit D to the Stipulation.

[5] Although this Motion is unopposed, this Motion is submitted solely by Co-Lead Plaintiffs and does not represent the views of Defendants.

**OF COUNSEL**

**FARUQI & FARUQI, LLP**
Juan E. Monteverde
Miles D. Schreiner
369 Lexington Ave., Tenth Floor
New York, NY  10017
Tel:     212-983-9330
Fax:    212-983-9331
Email: jmonteverde@faruqilaw.com
           mschreiner@faruqilaw.com

*Attorneys for Plaintiff William McGill and Co-Lead Counsel*

**ROBBINS ARROYO LLP**
Stephen J. Oddo
600 B Street, Suite 1900
San Diego, CA 92101
Tel:     (619) 525-3990
Fax:    (619) 525-3991

*Attorneys for Plaintiff Jesse Mallinger and Co-Lead Counsel*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served by CM/ECF or electronic mail this 23rd day of October, 2015 to the following, which includes all counsel of record:

| | |
|---|---|
| Anne N. DePrez<br>**BARNES & THORNBURG LLP**<br>11 South Meridian Street<br>Indianapolis, IN 46204-3535<br>Email: anne.deprez@btlaw.com | Brian D. Long<br>Gina M. Serra<br>**RIGRODSKY & LONG, P.A.**<br>2 Righter Parkway, Suite 120<br>Wilmington, DE 19803 |
| Robert S. Faxon<br>Adrienne Ferraro Mueller<br>**JONES DAY**<br>901 Lakeside Avenue<br>Cleveland, OH 44114-1190<br>Email: rfaxon@jonesday.com<br>        afmueller@jonesday.com | Richard A. Maniskas<br>**RYAN & MANISKAS, LLP**<br>995 Old Eagle School Road, Suite 311<br>Wayne, PA 19087 |
| Richard A. Kempf<br>**TAFT STETTINIUS & HOLLISTER LLP**<br>One Indiana Square, Suite 3500<br>Indianapolis, IN 46204-2023 | Shannon L. Hopkins<br>Sebastiano Tornatore<br>**LEVI & KORSINSKY, LLP**<br>733 Summer Street, Suite 304<br>Stamford, CT 06901<br>Email: shopkins@zlk.com<br>        stonatore@zlk.com |
| John L. Hardiman<br>Christen M. Martosella<br>**SULLIVAN & CROMWELL, LLP**<br>125 Broad Street<br>New York, NY 10004-2498 | Kim E. Miller, Esq.<br>**KAHN SWICK & FOTI, LLC**<br>250 Park Avenue, Suite 2040<br>New York, NY 10177<br>Email: Kim.Miller@ksfcounsel.com |
| Michael J. Palestina, Esq.<br>206 Covington Street<br>Madisonville, LA 70447<br>Email: Michael.Palestina@ksfcounsel.com | |

By: */s/ William N. Riley*
William N. Riley