UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM MCGILL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> RALPH HAKE, DAVID F. MELCHER, JOHN J. HAMRE, PAUL J. KERN, HERMAN E. BULLS, PATRICK MOORE, MARK L. REUSS, ROBERT DAVID YOST, BILLIE I. WILLIAMSON, HARRIS CORPORATION, and HARRIS COMMUNICATION SOLUTIONS (INDIANA), INC., <br><br> Defendants. | Case No.: 1:15-cv-00217-TWP-DKL |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES**

By this motion, Plaintiffs, by and through their undersigned counsel, hereby move for final approval of the Settlement of the above-captioned shareholder action and for an award of attorneys' fees and expenses. Specifically, Plaintiffs move the Court for the entry of the order finally approving the Settlement ("Order and Final Judgment") as set forth in the Stipulation and Agreement of Compromise, Settlement and Release filed October 23, 2015 ("Stipulation") (ECF No. 35-1).

This motion is based on the accompanying memorandum of law, the supporting declarations, the Stipulation, and such additional argument as may be required by the Court. Plaintiff and Plaintiffs' Counsel respectfully submit that the proposed Settlement is in the best interests of the former shareholders of Exelis, Inc. Plaintiffs thus respectfully request the Court finally approve the Settlement and Plaintiffs' Application for Award of Attorneys' Fees and

Expenses and enter the Order and Final Judgment.

DATED:  January 19, 2015                    Respectfully submitted

By: */s/  Stephen J. Oddo*

**ROBBINS ARROYO LLP**
Brian J. Robbins
Stephen J. Oddo
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

*Co-Lead Counsel for Plaintiffs*

**FARUQI & FARUQI, LLP**
Juan E. Monteverde
Miles D. Schreiner
369 Lexington Ave., Tenth Floor
New York, NY 10017
Tel:  212-983-9330
Fax: 212-983-9331
Email: jmonteverde@faruqilaw.com
          mschreiner@faruqilaw.com

*Co-Lead Counsel for Plaintiffs*

**RILEY WILLIAMS & PIATT, LLC**
William N. Riley
James A. Piatt
301 Massachusetts Avenue
Indianapolis, Indiana  46204
Tel:  317-633-5270
Fax:  317-426-3348
Email: wriley@rwp-law.com
          jpiatt@rwp-law.com

*Liaison Counsel for Plaintiffs*

**RIGRODSKY & LONG, P.A.**
Seth D. Rigrodsky
Brian D. Long
Gina M. Serra
Jeremy J. Riley
2 Righter Parkway, Suite 120

Wilmington, DE 19803
(302) 295-5310

**RYAN & MANISKAS, LLP**
Richard A. Maniskas
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
(484) 588-5516

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins
Sebastiano Tornatore
733 Summer Street, Suite 304
Stamford, CT 06901
Telephone: (212) 363-7500
Facsimile: (866) 367-6510

**KAHN SWICK & FOTI, LLC**
Kim E. Miller, Esq.
250 Park Avenue, Suite 2040
New York, NY 10177
Telephone:  (212) 696-3730
Fax: (504) 455-1498
E-mail: kim.miller@ksfcounsel.com

**KAHN SWICK & FOTI, LLC**
Michael J. Palestina, Esq.
206 Covington Street
Madisonville, LA 70447
Tel.: (504) 455-1400
Fax: (504) 455-1498
E-mail: michael.palestina@ksfcounsel.com

*Executive Committee*

Wilmington, DE 19803
(302) 295-5310

**RYAN & MANISKAS, LLP**
Richard A. Maniskas
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
(484) 588-5516

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins
Sebastiano Tornatore
733 Summer Street, Suite 304
Stamford, CT 06901
Telephone: (212) 363-7500
Facsimile: (866) 367-6510

**KAHN SWICK & FOTI, LLC**
Kim E. Miller, Esq.
250 Park Avenue, Suite 2040
New York, NY 10177
Telephone:  (212) 696-3730
Fax: (504) 455-1498
E-mail: kim.miller@ksfcounsel.com

**KAHN SWICK & FOTI, LLC**
Michael J. Palestina, Esq.
206 Covington Street
Madisonville, LA 70447
Tel.: (504) 455-1400
Fax: (504) 455-1498
E-mail: michael.palestina@ksfcounsel.com

*Executive Committee*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing has been served by CM/ECF or electronic mail this 19th day of January, 2016 to the following, which includes all counsel of record:

Anne N. DePrez
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, IN 46204-3535
Email: anne.deprez@btlaw.com

Brian D. Long
Gina M. Serra
**RIGRODSKY & LONG, P.A.**
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Email: blong@rigrodskylong.com
gserra@rigrodskylong.com

Robert S. Faxon
Adrienne Ferraro Mueller
**JONES DAY**
901 Lakeside Avenue
Cleveland, OH 44114-1190
Email: rfaxon@jonesday.com
afmueller@jonesday.com

Richard A. Maniskas
**RYAN & MANISKAS, LLP**
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Email: rmaniskas@rmclasslaw.com

Richard A. Kempf
**TAFT STETTINIUS & HOLLISTER LLP**
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023
Email: rkempf@taftlaw.com

Shannon L. Hopkins
Sebastiano Tornatore
**LEVI & KORSINSKY, LLP**
733 Summer Street, Suite 304
Stamford, CT 06901
Email: shopkins@zlk.com
stonatore@zlk.com

John L. Hardiman
Christen M. Martosella
**SULLIVAN & CROMWELL, LLP**
125 Broad Street
New York, NY 10004-2498
Email: hardimanj@sullcrom.com

Kim E. Miller, Esq.
**KAHN SWICK & FOTI, LLC**
250 Park Avenue, Suite 2040
New York, NY 10177
Email: Kim.Miller@ksfcounsel.com

Michael J. Palestina, Esq.
**KAHN SWICK & FOTI, LLC**
206 Covington Street
Madisonville, LA 70447
Email: Michael.Palestina@ksfcounsel.com

                                               */s/Stephen J. Oddo*
                                               STEPHEN J. ODDO