UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| WILLIAM McGILL, ) | |
| JESSE MALLINGER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:15-cv-00217-TWP-DKL |
| vs. ) | |
| ) | |
| RALPH HAKE, ) | |
| DAVID F MELCHER, ) | |
| JOHN J. HAMRE, ) | |
| PAUL J. KERN, ) | |
| HERMAN E. BULLS, ) | |
| PATRICK MOORE, ) | |
| MARK L. REUSS, ) | |
| ROBERT DAVID YOST, ) | |
| BILLIE I. WILLIAMSON, ) | |
| HARRIS CORPORATION, ) | |
| HARRIS COMMUNICATION SOLUTIONS ) | |
| (INDIANA), INC., ) | |
| ) | |
| Defendants. ) | |

### FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

Having granted final approval of the settlement in this case and disposal of all the claims as to the parties Action, the Court now enters **FINAL JUDGMENT**.

**SO ORDERED.**

Date: 3/10/2016

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U. S. District Court

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Anne N. DePrez
BARNES & THORNBURG LLP (Indianapolis)
adeprez@btlaw.com

Jessica M. Lindemann
BARNES & THORNBURG LLP (Indianapolis)
jessica.lindemann@btlaw.com

Miles D. Schreiner
FARUQI & FARUQI, LLP
mschreiner@faruqilaw.com

Adrienne Ferraro Mueller
JONES DAY
afmueller@jonesday.com

Robert S. Faxon
JONES DAY - Cleveland
rfaxon@jonesday.com

James Piatt
RILEY WILLIAMS & PIATT, LLC
jpiatt@rwp-law.com

William N. Riley
RILEY WILLIAMS & PIATT, LLC
wriley@rwp-law.com

Justin Rieger
ROBBINS ARROYO LLP
jrieger@robbinsarroyo.com

Stephen J. Oddo
ROBBINS ARROYO LLP
soddo@robbinsarroyo.com

John L. Hardiman
SULLIVAN & CROMWELL LLP
hardiman@sullcrom.com

Richard A. Kempf
TAFT STETTINIUS & HOLLISTER LLP
rkempf@taftlaw.com

Steven C. Shockley
TAFT STETTINIUS & HOLLISTER LLP
sshockley@taftlaw.com